# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **J. MICHAEL TIBOR,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**MERRICK BANK,**<br><br>　　　　　　Defendant. | Civil Case No.: 18-3971 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

　　　　Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil procedure, Plaintiff J. Michael Tibor, by and through his counsel, hereby gives notice that the above-captioned action is dismissed with prejudice and without costs to either party.

Dated: August 28, 2018　　　　　　　　　　　　*/s/ Jeremy M. Glapion*_____

　　　　　　　　　　　　　　　　　　　　　　Jeremy M. Glapion
　　　　　　　　　　　　　　　　　　　　　　**THE GLAPION LAW FIRM, LLC**
　　　　　　　　　　　　　　　　　　　　　　1704 Maxwell Drive
　　　　　　　　　　　　　　　　　　　　　　Wall, New Jersey 07719
　　　　　　　　　　　　　　　　　　　　　　Tel: 732.455.9737
　　　　　　　　　　　　　　　　　　　　　　Fax: 732.709.5150

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*


　　　　　　　　　　　　　　　　　　　　　　*/s/ William F. Farley*_____

　　　　　　　　　　　　　　　　　　　　　　William F. Farley (ardc 6305896)
　　　　　　　　　　　　　　　　　　　　　　Holland & Knight LLP
　　　　　　　　　　　　　　　　　　　　　　131 S. Dearborn St., 30th Fl.
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　　　　　312-263-3600
　　　　　　　　　　　　　　　　　　　　　　William.farley@hklaw.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Merrick Bank*